UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MIRCA BENITEZ CACERES,<br>Plaintiff,<br><br>v.<br><br>CITY OF PROVIDENCE POLICE DEPARTMENT; WALTER KING ENTERPRISES LLC; MARCOS INVERSIONISTA<br>Defendants. | C.A. No. 26-046-JJM-AEM |
| JONATHAN DAVID CACERES; and MIRCA BENITEZ CACERES,<br>Plaintiffs,<br><br>v.<br><br>WALTER KING ENTERPRISES LLC,<br>Defendant. | C.A. No. 26-322-JJM-AEM |

## ORDER

Plaintiff Mirca Benitez Caceres has filed two dozen complaints in this District in the last few years. This resulted in my colleague issuing the following Court Order on October 30, 2025:

> Ms. Benitez is also directed that she may not file any new complaint challenging the foreclosure of the property located at 661 Hartford Avenue in Providence without permission of the Court. If Ms. Benitez seeks to file another complaint regarding the property, she must first file a petition seeking leave of Court. That petition must be accompanied by the documents sought to be filed but shall not include an accompanying filing fee. Upon filing, the Clerk of Court shall accept

> the documents, mark them received, and forward them to a judicial officer for action on the petition for leave to file.

*Amos Fin. LLC v. Benitez et al.*, 1:25-cv-242-MRD-PAS (Oct. 30, 2025) ECF No. 9a t 3-4.

Ms. Benitez Caceres did not seek permission of the Court before filing the above two cases, and therefore the Court DISMISSES both cases for failure to follow the Court's order.

IT IS SO ORDERED.

***/s/ John J. McConnell, Jr.***

_________________________________
JOHN J. MCCONNELL, JR.
Chief Judge
United States District Court

August 24, 2026